UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-60442-CIV-HUCK/O'SULLIVAN

JULIO GUTIERREZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/



CLOSED CIVIL CASE

## ORDER ADOPTING REPORT AND RECOMMENDATION AND ENTERING FINAL JUDGMENT

This matter is before the Court on Magistrate Judge John J. O'Sullivan's Report and Recommendation [D.E. #22] regarding Defendant's Motion for Summary Judgment [D.E. #16, 18] and Plaintiff's Motion for Summary Judgment [D.E. #17]. Judge O'Sullivan recommends that the Court grant Defendant's Motion and deny Plaintiff's Motion. The Court has independently reviewed the Report and Recommendation, Motion, and record. Upon that review, and having received no objections to Judge O'Sullivan's Report and Recommendation, the Court concludes that the Report and Recommendation thoroughly and correctly sets forth the relevant findings of fact and conclusions of law. Therefore, the Report and Recommendation is affirmed and adopted as the Court's order. Accordingly, it is

Defendant's Motion for Summary Judgment is GRANTED, and Plaintiff's Motion for Summary Judgment is DENIED.

Furthermore, FINAL JUDGMENT is ENTERED in favor of Defendant Michael J. Astrue. It is

ORDERED that Plaintiff takes nothing by this action and that Defendant goes hence without day. The Court reserves jurisdiction over appropriate motions for attorney fees and costs. All pending motions are denied as MOOT, and this case is CLOSED.

DONE and ORDERED in Chambers, Miami, Florida, on October 19, 2010.

Paul C. Huck
United States District Judge

**Copies furnished to:**
All counsel of record.